## LOCUS v. FAYETTEVILLE STATE UNIVERSITY

No. 472P93

Case below: 111 N.C.App. 929

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

## LOHR v. LOHR

No. 540P93

Case below: 112 N.C.App. 543

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

## MARTIN v. PIEDMONT ASPHALT & PAVING CO.

No. 6P94

Case below: 113 N.C.App. 121

Petition by Industrial Commission for temporary stay allowed 11 January 1994 pending receipt and determination of Industrial Commission's petition for discretionary review.

## McNEILL v. HICKS

No. 354P93

Case below: 111 N.C.App. 262

Petition by defendant (Allstate Insurance Company) for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

## N.C. DEPT. OF LABOR v. CASEBOLT

No. 459PA93

Case below: 112 N.C.App. 135

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 2 December 1993. The 2 December 1992 order allowing plaintiff's petition for discretionary review is vacated and plaintiff's motion to withdraw its petition for discretionary review is allowed 27 January 1994.